**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6337**

NORMAN BLACKWELL,

        Petitioner - Appellant,

    v.

HEATHER RAY, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00003-JPB)

Submitted:  September 19, 2024          Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norman Blackwell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Blackwell, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on Blackwell's 28 U.S.C. § 2241 petition in which Blackwell challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Blackwell v. Ray*, No. 5:24-cv-00003-JPB (N.D. W. Va. Mar. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*